IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE WALKER, | § | |
| | § | CIVIL ACTION NO. 4:11-cv-04494 |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | |
| TRS RECOVERY SERVICES, INC., | § | |
| | § | |
| Defendant | § | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff George Walker files this Motion to Dismiss With Prejudice as to Defendant TRS Recovery Services, Inc. in the above styled cause of action.  Plaintiff hereby dismisses with prejudice all of his claims and causes of action asserted or which could have been asserted against Defendant TRS Recovery Services, Inc.

WHEREFORE PREMISES CONSIDERED, Plaintiff hereby requests that the Court enter the attached order dismissing all of the causes of action asserted against Defendant with prejudice as to the refiling of same, with each party paying their own costs.

Respectfully submitted,

THE RIFFE LAW FIRM, P.L.L.C.

/s/ G. Brad Riffe
G. BRAD RIFFE
State Bar # 24062265
2591 Dallas Parkway, Ste. 300
Frisco, TX 75034
Phone: 214-281-8909
Fax: 888-370-3148
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of February, 2012, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel as described below. Parties may access this filing through the Court's system.

Jane Williams, Esq.
First Data Corporation
5251 Westheimer, Suite 201
Houston, Texas 77056

                        /s/ G. Brad Riffe
                        G. BRAD RIFFE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE WALKER, | § § | |
| Plaintiff | § § § § | CIVIL ACTION NO. 4:11-cv-04494 |
| V. | § § | |
| TRS RECOVERY SERVICES, INC., | § § § | |
| Defendant | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

This case comes before the Court on Plaintiff's Motion to Dismiss With Prejudice. The Court, having reviewed the pleadings, is of the opinion that the motion has merit and should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's causes of action against Defendant TRS Recovery Services, Inc. are hereby dismissed with prejudice as to the refiling of same.  Each party shall bear their own attorney's fees, expenses, and court costs.  All relief not specifically granted herein is denied.

Signed this _____ day of _____ 2012.

_____
JUDGE PRESIDING