IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE WALKER, | § § | CIVIL ACTION NO. 4:11-cv-04494 |
| Plaintiff | § § § | |
| V. | § § | |
| TRS RECOVERY SERVICES, INC., | § § § | |
| Defendant | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

This case comes before the Court on Plaintiff's Motion to Dismiss With Prejudice. The Court, having reviewed the pleadings, is of the opinion that the motion has merit and should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's causes of action against Defendant TRS Recovery Services, Inc. are hereby dismissed with prejudice as to the refiling of same. Each party shall bear their own attorney's fees, expenses, and court costs. All relief not specifically granted herein is denied.

Signed this 13th day of February 2012.

_____
JUDGE PRESIDING